UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LYLE GUINN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-356-CLC-DCP |
| ) | |
| HERSCHEND FAMILY ENTERTAINMENT ) | |
| CORP., d/b/a THE DOLLYWOOD ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint [Doc. 15]. For grounds, Plaintiff states that when he filed his Complaint on August 4, 2017, his charge of discrimination in violation of the Americans with Disabilities Act ("ADA") was still pending with the Equal Employment Opportunity Commission ("EEOC"). Plaintiff explains that he could not include his ADA claim with the original Complaint because he had not exhausted his administrative remedies. He submits that he received a "Dismissal and Notice of Rights" from the EEOC on January 16, 2018, meaning that he is now able to file his claim with the Court. Further, Plaintiff explains that Defendant reported to the EEOC that Plaintiff had misnamed it. Plaintiff states that the proposed Amended Complaint corrects this issue. Finally, Plaintiff asserts that Defendant does not oppose the instant Motion. The Court also observes that Plaintiff filed his proposed Amended Complaint [Doc. 15-1] as an exhibit to his Motion in accordance with Local Rule 15.1.

The Court finds that Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. In addition, Defendant does not oppose the Motion. Accordingly, Plaintiff's Unopposed Motion for Leave to File Amended Complaint [**Doc. 15**] is **GRANTED**. Plaintiff **SHALL FILE** his Amended Complaint [Doc. 15-1] as his operative pleading in CM/ECF on or before **March 19, 2018.**

**IT IS SO ORDERED**.

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge